## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIMMIE SPRATT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9115** |
| **DARREL VANNOY, WARDEN** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objections to the Chief Magistrate Judge's Report and Recommendation filed by the plaintiff on November 13, 2019 (Rec. Doc. No. 18), hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jimmie Spratt's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this <u>16th</u> day of <u>January</u>, 2020.

**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**