UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMIE SPRATT | CIVIL ACTION |
| VERSUS | NO. 19-9115 |
| DARREL VANNOY, WARDEN | SECTION "F"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation and Supplemental Report and Recommendation of the Chief United States Magistrate Judge, and the objections filed by the petitioner on June 17, 2021 (Rec. Doc. No. 31), hereby approves the Report and Recommendation and the Supplemental Report and Recommendation of the Chief United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jimmie Spratt's objections are **OVERRULED** and his petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of July, 2021.

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE